*E-FILED: March 26, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. PRUSSIN,<br><br>    Plaintiff,<br><br>v.<br><br>ALL MY SONS MOVING & STORAGE OF JACKSONVILLE, INC., a Florida Corporation, ALL MY SONS MOVING & STORAGE OF WEST PALM BEACH, INC., a Florida Corporation, FATHER & SON MOVING & STORAGE OF JACKSONVILLE INC., a Florida Corporation, FATHER & SON VAN LINES, INC., a Florida Corporation, and DOES 1 - 25,<br><br>    Defendants. | CASE NO. CV13-0687<br><br>Judge: Hon. Howard R. Lloyd<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

**ORDER**

The Court having read and considered the foregoing Stipulation, and with good cause appearing, this action is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED:

Dated: March 26, 2013

_____
Hon. Howard R. Lloyd, Magistrate Judge of the U.S. District Court

561550.1 1662.34350

1